UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-21923-CIV-ALTONAGA/Simonton

MIRTHA GARCIA,

    Plaintiff,

vs.

GC SERVICES LIMITED
PARTNERSHIP,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: August 12, 2011                      Respectfully submitted,

| | |
|---|---|
| s/ Andrew I. Glenn_____ | s/ Barbara Fernandez_____ |
| Andrew I. Glenn | Barbara Fernandez, Esq. |
| E-mail: Andrew@cardandglenn.com | Florida Bar No. 0493767 |
| Florida Bar No. 577261 | Email: bfernandez@hinshawlaw.com |
| J. Dennis Card, Jr. | HINSHAW & CULBERTSON LLP |
| E-mail: Dennis@cardandglenn.com | 9155 S. Dadeland Boulevard, Suite 1600 |
| Florida Bar No. 0487473 | Miami, Florida 33156-2741 |
| Card & Glenn, P.A. | Telephone: 305-358-7747 |
| 2501 Hollywood Boulevard, Suite 100 | Facsimile: 305-577-1063 |
| Hollywood, Florida 33020 | Attorneys for Defendant |
| Telephone: (954) 921-9994 | |
| Facsimile: (954) 921-9553 | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        /s Andrew I. Glenn
        Andrew I. Glenn

## SERVICE LIST

Barbara Fernandez, Esq.
Florida Bar No. 0493767
Email: bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant
Served via CM/ECF